# Biancamano & Di Stefano

JOSEPH V. BIANCAMANO
ANTHONY R. DISTEFANO (RETIRED)
MATTHEW GITTERMAN+
GEORGE KAROUSATOS*
FREDERIC PEPE
LAWRENCE F. CITRO**++
ROBERT ARCE
ROBERT B. DENNER
JAMES PASSANTINO*
ANDREW MARRA
DANIEL A. LYNN+
JAMES E. SANTOMAURO *
_____

SHARON LATORACCA*
DEBORAH W. BRENNER
ROBERT H. KLAUSNER
JAMES G. SERRITELLA
DANIEL J. GIORDANO*
CHRISTOPHER M. CAMPOREALE
DEREK R. SVENDSEN**
RACHEL K. HALL
CHRISTOPHER C. HARRIS
MATTHEW G. MINOR++
AMANDA M. IBRAHIM**
RYAN M. SEDLAK
_____

OF COUNSEL
ANTHONY C. FAMULARI (RETIRED)

A Professional Corporation
ATTORNEYS AT LAW

Executive Plaza
10 Parsonage Road
Suite 300
Edison, New Jersey 08837

PHONE: (732) 549-0220
FAX: (732) 549-0068

PENNSYLVANIA LOCATION:

2444 Huntingdon Pike
Bethayres, PA 19006
PHONE: (215) 360-3192

Firm Website:
www.bdlawfirm.com

*NJ & PA BARS
**NJ & NY BARS
+CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A WORKERS' COMPENSATION LAW ATTORNEY
++CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

March 11, 2025

**VIA E-Filing CM/ECF**
Honorable Judge Leda Dunn Wettre
United States Magistrate Judge
U.S. District Court, District of New Jersey
U.S. Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07102

Re:   Luis Alfaro v. Jersey College
      Docket No.: 2:23-cv-00325-BRM-LDW/AAA Case No.: 01-23-0002-8620
      Our File No.: 20022-03930 RKH

Dear Judge Wettre:

Please accept the following as an update regarding the status of arbitration in this matter. As previously noted, the evidentiary hearing was held on January 13-14, 2025. The Parties prepared and submitted post-hearing summations to the Arbitrator on February 14, 2024. On March 4, 2025, the Parties received the Arbitrator's decision. Pursuant to the AAA's final decision transmittal, on March 4, 2025, the AAA reviewed and finalized the billing for this matter and closed the case as Dismissed with Prejudice.

Should Your Honor require any additional information or have any questions, please do not hesitate to contact me.

Respectfully submitted,
*/s/ Rachel K. Hall*
Rachel K. Hall, Esq.
r.hall@bdlawfirm.com

RKH/rkh