# STEWART LEE KARLIN LAW GROUP, P.C.
# Daniel E. Dugan, Esq.
### 111 John Street, 22nd Floor
### New York, New York 10038
### (212) 792-9670/Office
### (212) 732-4443/Fax

Dan@stewartkarlin.com

| | |
|---|---|
| **MEMBER OF THE BAR** | **Concentrating in Employment, Education and** |
| **NEW YORK & NEW JERSEY** | **Insurance Law** |
| | **Website:** www.stewartkarlin.com |

March 21, 2025

**Via ECF**
Honorable Judge Leda Dunn Wettre
United States Magistrate Judge
U.S. Courthouse
50 Walnut Street, Room 2060
Newark, NJ 07102

    Re: **Luis Alfaro v. Jersey College**
       **Docket No.: 2:23-cv-00325-BRM-LDW**

Dear Judge Wettre:

I represent Plaintiff Luis Alfaro in the above-referenced matter. The parties have conferred regarding the Order to submit a letter indicating a date certain by which they plan to move to confirm the award. In addition to Defendant's motion, Plaintiff intends to move to vacate the arbitration award. I write to seek further guidance regarding the briefing schedule, specifically whether your Honor would prefer the parties to set a date certain and submit the motions simultaneously or if a briefing schedule should be set to file motion to vacate as opposition/cross-motion to Defendant's motion.

Thank you for your attention to this matter.

                       Sincerely,

                       Daniel E. Dugan, Esq.