# Biancamano & Di Stefano

JOSEPH V. BIANCAMANO
ANTHONY R. DISTEFANO (RETIRED)
MATTHEW GITTERMAN+
GEORGE KAROUSATOS*
FREDERIC PEPE
LAWRENCE F. CITRO**++
ROBERT ARCE
ROBERT B. DENNER
JAMES PASSANTINO*
ANDREW MARRA
DANIEL A. LYNN+
JAMES E. SANTOMAURO *
_____

DEBORAH W. BRENNER
ROBERT H. KLAUSNER
JAMES G. SERRITELLA
DANIEL J. GIORDANO*
CHRISTOPHER M. CAMPOREALE
DEREK R. SVENDSEN**
RACHEL K. HALL
CHRISTOPHER C. HARRIS
AMANDA M. IBRAHIM**
RYAN M. SEDLAK
EVAN S. ROSEN
_____

OF COUNSEL
ANTHONY C. FAMULARI (RETIRED)

A Professional Corporation
Attorneys at Law

Executive Plaza
10 Parsonage Road
Suite 300
Edison, New Jersey 08837

Phone: (732) 549-0220
Fax: (732) 549-0068

PENNSYLVANIA LOCATION:

2444 Huntingdon Pike
Bethayres, PA 19006
Phone: (215) 360-3192

Firm Website:
www.bdlawfirm.com

*NJ & PA BARS
**NJ & NY BARS
+CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A WORKERS' COMPENSATION LAW ATTORNEY
++CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

June 18, 2025

**VIA E-Filing CM/ECF**
Honorable Judge Leda Dunn Wettre
United States Magistrate Judge
U.S. District Court, District of New Jersey
U.S. Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07102

  Re: Luis Alfaro v. Jersey College
     Docket No.: 2:23-cv-00325/AAA Case No. 01-23-0002-8620
     Our File No.: 20022-03930 RKH

Dear Judge Wettre:

  As you know, this office represents Jersey College in relation to the above-captioned matter. Please accept the following as a very brief update in advance of the telephone conference scheduled for July 8, 2025.

  Following the Parties' May 12, 2025 settlement conference, per Your Honor's instruction, Jersey College provided claimant with time to consider next steps regarding the arbitration award. By way of email dated June 2, 2025, this office asked claimant's counsel whether he had made any decision as to attempting to vacate the award. Thereafter, on June 10, 2025, this office sent a second email to counsel following up for claimant's decision. To date, no response has been received. As such, Jersey College would like to proceed with confirming the March 11, 2205 arbitration award so as not to cause further delay, resulting in additional unnecessary fees. As indicated during the conference, claimant's efforts to delay this matter are increasing Jersey College's counsel fees, which are completely frivolous.

  Should Your Honor have any questions with regard to the foregoing, please do not hesitate to contact me.

**2 | P a g e**
**June 18, 2025**
**Luis Alfaro v. Jersey College**
**Docket No.: 2:23-cv-00325/AAA Case No. 01-23-0002-8620**
**Our File No.: 20022-03930 RKH**

                                              Respectfully submitted,

                                              */s/ Rachel K. Hall*
                                              Rachel K. Hall, Esq.
                                              r.hall@bdlawfirm.com

RKH/rkh

cc:    All Counsel of Record (E-Filing CM/ECF)